**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 03-cv-01898-LTB-BNB

ROY JAY MAIN,
   Plaintiff,

v.

C.H. 8 CAPTAIN GIGANTI,
C.H.8 LT. TAPPE,
C.H. 8 SGT. SHOEMAKER, and
SECURITY LT. RUDDER,
   Defendants.

_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Plaintiff's Motion to Dismiss With Prejudice (filed July 5, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                     BY THE COURT:


                     s/Lewis T. Babcock
                     Lewis T. Babcock, Chief Judge

DATED: July 7, 2005